**O'HAGAN MEYER LLP**
MARCUS J. LEE, ESQ. CA SBN 281886
　Email: MLee@ohaganmeyer.com
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
Telephone: 510.882.4680

Attorney for Defendant IICOMBINED U.S.A., INC. d/b/a GENTLE MONSTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONG KEUM KIM, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IICOMBINED U.S.A. INC., a New York corporation doing business as GENTLE MONSTER; and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No. 8:24-cv-01188-DOC-MAR<br><br>The Honorable David O. Carter<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: June 3, 2024 |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, that the Parties in the above matter have reached a settlement. The Parties are negotiating the final terms of the written settlement agreement and will file the Stipulation for Dismissal pursuant to the terms of said agreement.

Dated: November 5, 2024　　　　　　**O'HAGAN MEYER LLP**

　　　　　　　　　　　　　　By:　*/s/ Marcus J. Lee*
　　　　　　　　　　　　　　　　MARCUS J. LEE
　　　　　　　　　　　　　　　　Attorneys for Defendant IICOMBINED
　　　　　　　　　　　　　　　　U.S.A., INC. d/b/a GENTLE MONSTER

# CERTIFICATE OF SERVICE
***Bong Keum Kim v. IICombined U.S.A, Inc., et al.***
USDC-Central District, Case No. 8:24-cv-01188-DOC-MAR

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. My business address is 1 Embarcadero Center, Suite 2100, San Francisco, CA 94111.

On November 5, 2024, I served a true copy of the following document: **NOTICE OF SETTLEMENT**

I served the document on the following person at the following address (including a fax number and email address, if applicable):

| Daniel M. Park<br>PARK LAW, APC<br>3250 Wilshire Boulevard, Suite 601<br>Los Angeles, CA 90010 | ***Attorneys for Plaintiff***<br><br>Tel: 213.380.3380<br>Fax: 213.380.3381<br>Email: danpark@parklawattorneys.com |
|---|---|

The document was served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk, of the Court using the CM/ECF system, which sent notification of the filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 5, 2024

*/s/ Krystle Platero*
Krystle Platero