O'HAGAN MEYER PLLC
MARCUS LEE (CA SBN 281886)
(mlee@ohaganmeyer.com)
One Embarcadero Center, Suite 2100
San Francisco, California 94111
Telephone:  +1 (415) 578-6900
Facsimile:   +1 (415) 578-6910

Attorneys for Defendant
IICOMBINED U.S.A. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONG KEUM KIM, an individual;<br><br>Plaintiff,<br><br>v.<br><br>IICOMBINED U.S.A. INC., a New York corporation doing business as GENTLE MONSTER; and DOES 1-10 inclusive<br><br>Defendants. | CASE. NO.: 8:24-CV-01188-DOC-MAR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Bong Keum Kim ("Plaintiff") and Defendant IICOMBINED U.S.A. INC. ("Defendant") (collectively the "Parties), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice in its entirety. The Parties further stipulate that the instant action is subject to jurisdiction for enforcement of the terms of the Parties' settlement agreement with the Orange County Superior Court.

///

| | |
|---|---|
| Dated: January 2, 2025 | **O'HAGAN MEYER PLLC** |
| | By: *Marcus Lee* |
| | Marcus Lee (CA SBN 281886) |
| | ATTORNEYS FOR DEFENDANT |
| | IICOMBINED U.S.A. INC. |
| Dated: January 2, 2025 | **PARK LAW, APC** |
| | By: *Daniel Park* |
| | Daniel Park (CA SBN 201889) |
| | ATTORNEYS FOR PLAINTIFF |
| | BONG KEUM KIM |