UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONG KEUM KIM, an individual;<br><br>  Plaintiff,<br><br>  v.<br><br>IICOMBINED U.S.A. INC., a New York corporation doing business as GENTLE MONSTER; and DOES 1-10 inclusive<br><br>  Defendants. | **Case. No.: 8:24-cv-01188-DOC-MAR**<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [31]** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS SO ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: January 3, 2025

_____
Honorable David O. Carter
United States District Judge

- 3 -